CASE NO. CR14801    COUNT All
INCIDENT NO./TRN: 9066796359 A001



| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 266TH DISTRICT |
| | § | FILED IN |
| V. | § | COURT    11th COURT OF APPEALS |
| | § | EASTLAND, TEXAS |
| | § | ERATH COUNTY, TEXAS 6/28/17 10:15:30 AM |
| DANIEL SCOTT BRADFORD | § | SHERRY WILLIAMSON |
| | § | Clerk |
| STATE ID NO.: TX05913048 | § | |

# JUDGMENT OF CONVICTION BY JURY

| | | | |
|---|---|---|---|
| Judge Presiding: | HON. JASON CASHON | Date Judgment Entered: | 6/21/2017 |
| Attorney for State: | M. ALAN NASH JETT SMITH | Attorney for Defendant: | ANDREW OTTAWAY |

**Offense for which Defendant Convicted:**
DRIVING WHILE INTOXICATED (3RD OR MORE) (ENHANCED)

| Charging Instrument: | Statute for Offense: |
|---|---|
| INDICTMENT | 49.04(a); 49.09(b)(2); 12.42(a) Penal Code |

| Date of Offense: |
|---|
| May 5, 2016 |

| Degree of Offense: | Plea to Offense: |
|---|---|
| 3RD DEGREE FELONY Enhanced to 2nd Degree Punishment | NOT GUILTY |

| Verdict of Jury: | Findings on Deadly Weapon: |
|---|---|
| GUILTY | N/A |

| Plea to 1st Enhancement Paragraph: | TRUE | Plea to 2nd Enhancement/Habitual Paragraph: | N/A |
|---|---|---|---|
| Findings on 1st Enhancement Paragraph: | TRUE | Findings on 2nd Enhancement/Habitual Paragraph: | N/A |

| Punished Assessed by: | Date Sentence Imposed: | Date Sentence to Commence: |
|---|---|---|
| JURY | 6/21/2017 | 6/21/2017 |

| Punishment and Place of Confinement: | 18 YEARS INSTITUTIONAL DIVISION, TDCJ |
|---|---|

### THIS SENTENCE SHALL RUN CONCURRENTLY.

☐ SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR N/A .

| Fine: | Court Costs: | Restitution: | Restitution Payable to: |
|---|---|---|---|
| $ 2,000.00 | $ 481.00 | $ 2,060.00 | ☐ VICTIM (see below) ☒ AGENCY/AGENT (see below) |

**Sex Offender Registration Requirements do not apply to the Defendant.** TEX. CODE CRIM. PROC. chapter 62.

The age of the victim at the time of the offense was **N/A** .

| | If Defendant is to serve sentence in TDCJ, enter incarceration periods in chronological order. |
|---|---|
| Time Credited: | From **5/5/2016** to **5/7/2016** From    to    From    to |
| | From    to    From    to    From    to |
| | If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below. |
| | **N/A DAYS    NOTES: N/A** |

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

This cause was called for trial in Erath County, Texas. The State appeared by her District Attorney.

**Counsel / Waiver of Counsel (select one)**

☒ Defendant appeared in person with Counsel.
☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.

It appeared to the Court that Defendant was mentally competent and had pleaded as shown above to the charging instrument. Both parties announced ready for trial. A jury was selected, impaneled, and sworn. The INDICTMENT was read to the jury, and Defendant entered a plea to the charged offense. The Court received the plea and entered it of record.



The jury heard the evidence submitted and argument of counsel. The Court charged the jury as to its duty to determine the guilt or innocence of Defendant, and the jury retired to consider the evidence. Upon returning to open court, the jury delivered its verdict in the presence of Defendant and defense counsel, if any.

The Court received the verdict and ORDERED it entered upon the minutes of the Court.

### Punishment Assessed by Jury / Court / No election (select one)

☒ **Jury.** Defendant entered a plea and filed a written election to have the jury assess punishment. The jury heard evidence relative to the question of punishment. The Court charged the jury and it retired to consider the question of punishment. After due deliberation, the jury was brought into Court, and, in open court, it returned its verdict as indicated above.

☐ **Court.** Defendant elected to have the Court assess punishment. After hearing evidence relative to the question of punishment, the Court assessed Defendant's punishment as indicated above.

☐ **No Election.** Defendant did not file a written election as to whether the judge or jury should assess punishment. After hearing evidence relative to the question of punishment, the Court assessed Defendant's punishment as indicated above.

The Court FINDS Defendant committed the above offense and ORDERS, ADJUDGES AND DECREES that Defendant is GUILTY of the above offense. The Court FINDS the Presentence Investigation, if so ordered, was done according to the applicable provisions of TEX. CODE CRIM. PROC. art. 42.12 § 9.

The Court ORDERS Defendant punished as indicated above. The Court ORDERS Defendant to pay all fines, court costs, and restitution as indicated above.

### Punishment Options (select one)

☒ **Confinement in State Jail or Institutional Division.** The Court ORDERS the authorized agent of the State of Texas or the Sheriff of this County to take, safely convey, and deliver Defendant to the **Director, Institutional Division, TDCJ** The Court ORDERS Defendant to be confined for the period and in the manner indicated above. The Court ORDERS Defendant remanded to the custody of the Sheriff of this county until the Sheriff can obey the directions of this sentence. The Court ORDERS that upon release from confinement, Defendant proceed immediately to the Erath County District Clerk. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **County Jail—Confinement / Confinement in Lieu of Payment.** The Court ORDERS Defendant immediately committed to the custody of the Sheriff of **Erath** County, Texas on the date the sentence is to commence. Defendant shall be confined in the **Erath** County Jail for the period indicated above. The Court ORDERS that upon release from confinement, Defendant shall proceed immediately to the       . Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **Fine Only Payment.** The punishment assessed against Defendant is for a FINE ONLY. The Court ORDERS Defendant to proceed immediately to the Office of the **Erath County District Clerk** Once there, the Court ORDERS Defendant to pay or make arrangements to pay all fines and court costs as ordered by the Court in this cause.

### Execution / Suspension of Sentence (select one)

☒ The Court ORDERS Defendant's sentence EXECUTED.

☐ The Court ORDERS Defendant's sentence of confinement SUSPENDED. The Court ORDERS Defendant placed on community supervision for the adjudged period (above) so long as Defendant abides by and does not violate the terms and conditions of community supervision. The order setting forth the terms and conditions of community supervision is incorporated into this judgment by reference.

☐ A Victim Impact Statement has been returned in this cause.

The Court ORDERS that Defendant is given credit noted above on this sentence for the time spent incarcerated.

### Furthermore, the following special findings or orders apply:

The Defendant's License to operate a vehicle will be suspended for two (2) years from the date of this Judgment.

The defendant shall pay $2,000.00 to Erath County District Clerk for court-appointed attorney fees $1400.00 of which have previously been paid to the District Clerk.

The defendant shall pay lab fees in the amount of $60.00 to Texas DPS, attn: Restitution Accounting, PO Box 4087, Austin TX 78773-0130 (Re: Lab Case Number ABI-1605-02752).

Signed and entered on June 21, 2017

X
JASON CASHON
JUDGE PRESIDING

**FILED FOR RECORD**
AT 5:05 O'CLOCK P M

**JUN 21 2017**

Clerk: Wanda Pringle

*Wanda Pringle*

**CLERK DISTRICT COURT ERATH COUNTY, TEX**

Defendant Signature
& Right Thumbprint

Court Cost for Conviction of Felony Offenses
Effective January 1, 2016

**Cause Number CR14801**
**State of Texas**
**vs.**
**DANIEL SCOTT BRADFORD**

| | | |
|---|---|---|
| **Base Fee** | $224.00 | X |
| Added to Base Fee if Applicable: | | |
| Restitution Fee (RPFCO $6.00 RPFST S6.00) | 12.00 | X |
| Time Payment Fee (TPS - State $12.50 TPC - County $12.50) | 25.00 | X |
| Juvenile Delinquency Prevention Graffiti crimes (GE) | 50.00 | |
| Family Violence Fee (FVF) | 100.00 | |
| Visual Recording Fee (VRF) | 15.00 | |
| Jury Fee (if convicted by jury) (JF) | 40.00 | X |
| Fees of Prosecution - Gambling (GAMFE) | 25.00 | |
| DNA Testing (DNAST - $225.00 DNACO - $25.00) | 250.00 | |
| or (DNAST - $34.00) | 34.00 | |
| State Traffic Fee (STFST - State $28.50 STFCO - County S1.50) | 30.00 | |
| EMS Trauma Fee (EMSST - State $90.00 EMSCO - County S10.00) | 100.00 | X |
| Child Abuse Prevention Fee (offense committed after 9/5/2005) (CSAF - State) | 100.00 | |
| Drug & Alcohol (offense committed after 9/1/2009) (DRACS - State $54.00 DRACC - County S6.00) | 60.00 | X |

**Fees of a Peace Officer:**

| | | |
|---|---|---|
| Notice to Appear (NTAST - State $4.00 NTACO - County S4.00) | 5.00 | |
| Warrant/Capias Fee (WFST - State $10.00 WFCO - County $40.00) | 50.00 | X |
| Witness (subpoenas) ( WITFE) | 5.00 | X |
| Writs (WRIT) | 35.00 | |
| Bond - Taking/Approving (BTA) | 10.00 | X |
| Commitment or Release (COR) | 5.00 | |
| Summoning Jury (SJ) | 5.00 | X |
| Writ of Habeas Corpus Case (each day) (WHCC) | 8.00 | |
| Attorney Fee if applicable: | | |

**TOTAL $ 531.00**

NO. CR14801                                    266th

**THE STATE OF TEXAS**                    IN THE District COURT

V.                                                OF
_Daniel Scott Bradford_, Defendant        _Erath_ COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL *

I, judge of the trial court, certify this criminal case:

___✓___ is not a plea-bargain case, and the defendant has the right of appeal. [or]

_____ is a plea-bargain case, but matters were raised by written motion filed and ruled on   before trial and not withdrawn or waived, and the defendant has the right of appeal. [or]

_____ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [or]

_____ is a plea-bargain case, and the defendant has NO right of appeal. [or]

_____ the defendant has waived the right of appeal.


_____              _____6/21/17_____
Judge                                           Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. TEX. R. APP. P. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____              _____
Defendant                                     Defendant's Counsel
Mailing address: 603 E Broadway       State Bar of TX ID # 15342850
Stephenville TX                            Mailing address: PO Box 1679
Telephone number:                         Telephone number: Granbury TX
Fax # (if any): 254 855898  76401      Fax # (if any):                    76048
                                              817 573 7823

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case – that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant – a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal," TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2).

Rev. 10/11

FILED FOR RECORD
AT_____O'CLOCK_____M

JUN 21 2017

_Wanda Pringle_
CLERK DISTRICT COURT ERATH COUNTY, TEX